TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MELISSA A. DELGUERCIO, NYSBA 3018819
Special Assistant United States Attorney
        Program Litigation 1 | Law & Policy
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: 510-970-4842
        Email: melissa.a.delguercio@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LORRAINE CARDOSO,<br><br>          Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>          Defendant. | 8:25-cv-02732-ACCV<br><br>[PROPOSED] JUDGMENT OF REMAND |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: ___04/10/2026_____        _____

HON. ANGELA C. C. VIRAMONTES
UNITED STATES MAGISTRATE JUDGE

2